UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff<br><br>vs.<br><br>Mickey Shea-McLaughlin<br>        Defendant(s), | CRIMINAL NO. 08mj301<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge, **RUBEN B. BROOKS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

Bonifacia Martin Velazquez

DATED: 2/15/2008

RECEIVED
FEB 15 '08 A 4:21
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA

**RUBEN B. BROOKS**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
        Deputy Clerk

RECEIVED _____
        DUSM