UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | 08CR430-BTM |
| Plaintiff ) | CRIMINAL NO. | 08 MJ 301 |
| ) | | |
| vs. ) | ORDER | |
| ) | RELEASING MATERIAL WITNESS | |
| Mickey Shea McLaughlin ) | Booking No. | |
| Defendant(s) ) | | |

On order of the United States ~~District~~/Magistrate Judge, **Ruben B. Brooks**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (~~Bond Posted~~ / ~~Case Disposed~~ / Order of Court).

**Humberto Martinez-Bautista**

DATED: 2/19/08

_Ruben B. Brooks_
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____    OR
          DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by _____
         Deputy Clerk