1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**OF THE SOUTHER DISTRICT OF CALIFORNIA**

**MAGISTRATE JUDGE RUBEN B. BROOKS**

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

SHEA McLAUGHLIN, MICKEY

                Defendant.

Case No.: 08 mj 0301 / 08 cr 0430-BTM
Hon: Ruben B. Brooks

ORDER TO EXONERATE THE
MATERIAL WITNESS BOND
[DOC. NOS. 14, 15]

**ORDER**

      IT IS ORDERED that the personal surety bond for the five thousand dollars ($5,000.00), which secured the presence of the material witness Bonifacia Martin-Velazquez, be exonerated.  The deposit of four thousand dollars ($500.00) for the bond be returned to the surety:

MAURICE ESTRADA

2335 BIRDIE STREET, OCEANSIDE CA 92056

Dated:  March 20, 2008

_____
Ruben B. Brooks
U.S. Magistrate Judge