# UNITED STATES DISTRICT COURT

## OF THE SOUTER DISTRICT OF CALIFORNIA

## MAGISTRATE JUDGE RUBEN B. BROOKS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>SHEA McLAUGHLIN, MICKEY<br><br>  Defendant. | Case No.: 08 mj 0301 / 08 cr 0430-BTM<br>Hon: Ruben B. Brooks<br><br>ORDER TO EXONERATE THE<br>MATERIAL WITNESS BOND<br>[DOC. NO. 16] |

**ORDER**

IT IS ORDERED that the personal surety bond for the five thousand dollars ($5,000.00), which secured the presence of the material witness Daisy Rodriguez-Rodriguez, be exonerated. The deposit of four thousand dollars ($500.00) for the bond be returned to the surety:

JUAN MARTINEZ

11112 FISH DRIVE, MODESTO CA 95351

Dated: March 20, 2008

_Ruben Brooks_
Ruben B. Brooks
U.S. Magistrate Judge